UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
AMERICAN EXCHANGE TIME LLC,                                  :
                                                             :
                           Plaintiff,                        :   No. 17-CV-4737 (VM)
                                                             :
            -against-                                        :   **ORDER**
                                                             :
TISSOT S.A.,                                                 :
                                                             :
                           Defendant.                        :
                                                             :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff's motion for attorney's fees and costs is referred to me for a report and recommendation. (ECF 54, 71). Plaintiff's motion is due **June 25, 2021**. Defendant's opposition, if any, is due **August 24, 2021**.

**SO ORDERED.**

Dated: New York, New York
       April 26, 2021

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge