UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
AMERICAN EXCHANGE TIME LLC,

                   Plaintiff,      :    No. 17-CV-4737 (VM)

      -against-      :    **ORDER**

TISSOT S.A.,

                   Defendant.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Exhibit K of Plaintiff's unsealed version of its Declaration in Support of Attorney's Fees has been incorrectly filed under seal. *See* ECF 82-11. Plaintiff is directed to review ECF 82 and file a corrected version of its unsealed Declaration by **August 23, 2022**.

    **SO ORDERED.**

Dated: New York, New York
       August 16, 2022

                                        _s/ Ona T. Wang_
                                        **Ona T. Wang**
                                        United States Magistrate Judge