UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
AMERICAN EXCHANGE TIME LLC,                                  :
:
                              Plaintiff,                     :    No. 17-CV-4737 (VM)
:
            -against-                                        :    **ORDER**
:
TISSOT S.A.,                                                 :
:
                              Defendant.                     :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 77, Plaintiff's request to seal certain documents in support of Plaintiff's motion for attorneys' fees. Because the Court has relied on those documents in making its Report and Recommendation on the matter of attorneys' fees, the motion to seal is **DENIED**. *Chigirinskiy v. Panchenkova*, 319 F. Supp. 3d 718, 737 (S.D.N.Y. 2018) ("A document that comprises a significant proportion of the record before the Court and pertains to matters that directly affect the Court's adjudication carries with it a heavy presumption of public access") (internal citations and punctuation omitted).

The Clerk of Court is respectfully directed to close ECF 77 and to unseal ECF Nos. 81 and 82.

**SO ORDERED.**

Dated: New York, New York           _s/ Ona T. Wang_
       November 3, 2022             **Ona T. Wang**
                                    United States Magistrate Judge