```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMERICAN EXCHANGE TIME LLC,

                       *Plaintiff*,                      17 CV 4737 (VM)

    -   against  -                      **JUDGMENT**

TISSOT S.A.,

                       *Defendant*.
-----------------------------------------------------------x

VICTOR MARRERO, U.S.D.J.

      On December 5, 2022, the Court adopted the Report and Recommendation of Magistrate Judge Ona T. Wang, dated November 3, 2022, in its entirety and granted Plaintiff's motion for attorneys' fees. Accordingly, judgment is entered in favor of Plaintiff American Exchange Time LLC and against Defendant Tissot S.A. in the amount of $95,746.50.

      SO ORDERED.

Dated: New York, NY
       3 February, 2023

_____
Hon. Victor Marrero
United States District Judge